UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

EDGAR ALANIZ, ALFREDO ALANIZ, and SALVADOR LOPEZ on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

SAM KANE BEEF PROCESSORS, INC.,

Defendants

CASE NO. 2:07-cv-00335

**REPRESENTATIVE CLASS ACTION**

**JOINT MOTION FOR APPROVAL OF REPRESENTATIVE CLASS ACTION**

# ORDER

**AND NOW**, this      day of                    , 2009, having reviewed the formula to be used by Plaintiffs' counsel to calculate distribution of settlement proceeds to respective members of the class, , **IT IS HEREBY ORDERED** that:

1. The proposed formula for use in distribution of settlement proceeds, attached hereto as Exhibit "A" is approved;

2. The Joint Motion for Approval of Settlement filed with the Court on March 23, 2009 (Docket entry # 252), is hereby granted, and the proposed Order (Docket entry # 253) accompanying the Joint Motion for Approval of Settlement is hereby entered concurrent with this Order;

1

2

3. Plaintiffs may now file, under seal, a spread sheet verifying the amounts to be distributed to each individual class member;

_____
Hon. Hayden Head